**Ryan J. Cooper, Esq.**
Cooper, LLC
108 N. Union Ave., Suite 4
Cranford, NJ 07016
908.514.8830
ryan@cooperllc.com

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIVEK DADLANI,<br><br>   Plaintiff,<br><br> v.<br><br>RAMON PEREZ, JOHN DOE, ESQ.,<br>ABC Ltd., and XYZ, LLP,<br><br>   Defendants. | Civil Action No. 1:18-CV-7572<br><br><br>**STIPULATION OF<br>VOLUNTARY DISMISSAL** |

  PLEASE TAKE NOTICE that Plaintiff Vivek Dadlani, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses this action with prejudice as to Defendant Ramon Perez, and without prejudice as to all other parties identified in the Complaint.

Dated: December 5, 2018

Respectfully submitted,
*Counsel for Vivek Dadlani*
COOPER, LLC

/s/Ryan J. Cooper
By:  Ryan J. Cooper, Esq.
  108 N. Union Ave., Suite 4
  Cranford, NJ 07016
  908.514.8830
  ryan@cooperllc.com